IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>SEARCH WARRANT EXECUTED ON<br>The CELLULAR DEVICE, a white<br>Apple iPhone with silver edging and three<br>cameras on the back, assigned numbers:<br>(972) 510-9177 and (469) 578-0747 | § § § § § § § § Case No. 4:21-MJ-226 |

## MOTION TO UNSEAL

The United States of America, by the undersigned counsel respectfully moves the Court to unseal the above-captioned affidavit and search warrant, which were ordered sealed by this Court on April 1, 2021.

There is no longer any necessity for the search warrant to remain sealed.

                                                    Respectfully submitted,

                                                    NICHOLAS J. GANJEI
                                                    Acting United States Attorney

                                                      /s/
                                                    TRACEY M. BATSON
                                                    Assistant United States Attorney
                                                    Texas Bar No. 00784119
                                                    101 E. Park Blvd., Suite 500
                                                    Plano, Texas 75074
                                                    (972) 509-1201
                                                    (972) 509-1209 (fax)
                                                    Tracey.Batson@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on all counsel of record via electronic filing (CM/ECF) on June 2, 2021.

                                                        /s/
                                          TRACEY M. BATSON